IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEVONTE KING,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY OF NORTH PLATTE, et al.<br><br>  Defendants. | 8:21CV438<br><br>**MEMORANDUM<br>AND ORDER** |

On November 16, 2021, the court ordered Plaintiff to sign his Complaint on or before December 1, 2021, or face dismissal of this action. (See Filing 6.) To date, Plaintiff has not corrected this technical defect, or taken any other action.

IT IS THEREFORE ORDERED:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.

2. The court will enter judgment by a separate document.

Dated this 8th day of December 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge